DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SANTIAGO RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-cr-124-GGH |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | Date:  June 1, 2009 |
| ) | Time:  9:00 a.m. |
| SANTIAGO RIVERA, ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | |

The United States of America, through Matthew C. Stegman, Assistant United States Attorney, together with defendant, Santiago Rivera, through counsel, Michael Petrik, Jr., request that the Court vacate the trial confirmation hearing set for June 1, 2009, at 9:00 a.m., vacate the jury trial set for June 16, 2009, at 9:00 a.m., and reset this case for status on June 15, 2009, at 9:00 a.m.

The parties agree that when calculating the time for trial to commence in this matter the Court should exclude the time period from the date of this order through June 15, 2009, to allow the defense to review discovery and to allow the parties to continue plea negotiations in an effort to resolve this case.

/ / /

Stipulation And [Proposed] Order        1        09-cr-124-GGH

The parties further agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

Dated: May 29, 2009            Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ M.Petrik
                               _____
                               MICHAEL PETRIK, Jr.
                               Assistant Federal Defender


Dated: May 29, 2009            LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ M.Petrik for Matthew C. Stegman
                                   (consent via voicemail)
                               _____
                               MATTHEW C. STEGMAN
                               Assistant U.S. Attorney


**O R D E R**

**IT IS SO FOUND AND ORDERED.**


Dated: June 1, 2009
                    /s/ Gregory G. Hollows
                    _____
                    GREGORY G. HOLLOWS
                    United States Magistrate Judge
rivera.eot