```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTIAGO RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>SANTIAGO RIVERA,                  )<br>                                  )<br>            Defendant.            )<br>_____)  | CRS 09-124-GGH<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND JURY TRIAL**<br><br>DATE: November 16, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, SANTIAGO RIVERA, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Monday, November 16, 2009 and jury trial set for Monday, November 30, 2009, be vacated and set for trial confirmation hearing on Monday, January 4, 2010 at 9:00 a.m. and for jury trial on Monday, January 25, 2010 at 9:00 a.m.

//

1  The parties agree that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and the defendant in a speedy trial because the defense requires
4  more time to investigate.  18 U.S.C. § 3161(h)(7)(A). Additionally,
5  defense counsel is currently scheduled for another jury trial, before
6  the Honorable Kimberly Mueller, for an in-custody defendant on November
7  30, 2009.
8  The parties stipulate that for the purpose of computing time under
9  the Speedy Trial Act, the Court should exclude time from the date of
10 this order through January 25, 2010 for defense preparation and
11 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].
12
13 DATED: November 10, 2009     Respectfully submitted,
14                              DANIEL J. BRODERICK
                                 Federal Defender
15
16                              /s/ Lauren D. Cusick
                                 LAUREN D. CUSICK
17                              Assistant Federal Defender
                                 Attorney for Defendant
18                              SANTIAGO RIVERA
19 DATED:  November 10, 2009    BENJAMIN WAGNER
                                 United States Attorney
20
21                              /s/ Matthew Stegman
                                 MATTHEW STEGMAN
22                              Assistant U.S. Attorney
                                 Attorney for Plaintiff
23
24                           **O R D E R**
25  **IT IS SO ORDERED.**
26 DATED: November 12, 2009      /s/ Gregory G. Hollows
                                 GREGORY G. HOLLOWS
27 rivera.eot2                   United States Magistrate Judge
28

**2**