1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
3   JARED W. STEPHENSON
    Certified Student Attorney
4   801 I Street, 3rd Floor
    Sacramento, California  95814
5   Telephone (916) 498-5700

6   Attorney for Defendant
    SANTIAGO RIVERA
7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )   CRS 09-124-GGH
12              Plaintiff,       )
                                 )   **STIPULATION AND ORDER TO**
13         v.                    )   **CONTINUE JUDGEMENT AND**
                                 )   **SENTENCING**
14  SANTIAGO RIVERA,             )
                                 )   DATE: April 5, 2010
15              Defendant.       )   TIME: 9:00 a.m.
                                 )   JUDGE: Hon. Gregory G. Hollows
16  _____      )

17

18

19      It is hereby stipulated and agreed to between the United States of

20  America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

21  defendant, SANTIAGO RIVERA, by and through his counsel, LAUREN CUSICK,

22  Assistant Federal Defender, that the judgement and sentencing hearing

23  set for Monday, April 5, 2010 be vacated and set for Monday, May 10,

24  2010 at 9:00 a.m. pursuant to the following schedule.

25      This continuance is requested because Probation Officer Lori Clanton

26  has requested additional time to complete her report. The parties agree

27  to the following schedule:

28

1   Proposed Pre-Sentence Report shall be disclosed to counsel no later

2   than March 29, 2010.

3   Counsel's written objections to the Pre-Sentence Report shall be

4   delivered to Probation and opposing counsel by April 12, 2010.

5   The Pre-Sentence Report shall be filed with the Court and disclosed

6   to counsel no later than April 19, 2010.

7   Motion for Correction of the Pre-Sentence Report shall be filed with

8   the Court and served on Probation and opposing counsel by April 26,

9   2010.

10   Reply, or statement of non-opposition shall be filed by May 3, 2010.

11

12

13   DATED: March 8, 2010          Respectfully submitted,

14                                 DANIEL J. BRODERICK
                                   Federal Defender
15

16                                 /s/ Lauren D. Cusick
                                   LAUREN D. CUSICK
17                                 Assistant Federal Defender
                                   Attorney for Defendant
18                                 SANTIAGO RIVERA

19

20   DATED: March 8, 2010          BENJAMIN WAGNER
                                   United States Attorney
21

22                                 /s/ Samantha Spangler for
                                   MATTHEW STEGMAN
23                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
24

25                                 **O R D E R**

26   **IT IS SO ORDERED.**

27   DATED: March 10  , 2010.    /s/ Gregory G. Hollows
                                   GREGORY G. HOLLOWS
28                                 United States Magistrate Judge
     rivera.sent

**2**