```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTIAGO RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | CRS 09-124-GGH |
| Plaintiff, ) ) | |
| v. ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| SANTIAGO RIVERA, ) ) | DATE: June 14, 2010 |
| ) | TIME: 9 :00 a.m. |
| Defendant. ) ) | JUDGE: Hon. Gregory G. Hollows |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, SANTIAGO RIVERA, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the judgment and sentencing hearing set for Monday, June 14, 2010, be vacated and set for Monday, July 19, 2010 at 9:00 a.m.

   Sentencing was originally set in this case for April 5, 2010, then was reset for May 10, then June 14, because of the unavailability of the Probation Officer, Lori Clanton. This continuance is requested because Mr. Rivera is unavailable on June 14, and to provide adequate

1  time for the new law clerks to prepare for Mr. Rivera's sentencing.
2
3
4  DATED: May 18, 2010           Respectfully submitted,
5                                DANIEL J. BRODERICK
                                  Federal Defender
6
                                  /s/ Caro Marks for
7                                 LAUREN D. CUSICK
                                  Assistant Federal Defender
8                                 Attorney for Defendant
                                  SANTIAGO RIVERA
9

10
   DATED: May 18, 2010           BENJAMIN WAGNER
11                                United States Attorney

12
                                  /s/ Matthew Stegman
13                                MATTHEW STEGMAN
                                  Assistant U.S. Attorney
14                                Attorney for Plaintiff

15
                                  **O R D E R**
16
       **IT IS SO ORDERED.**
17
   DATED: May 21, 2010.    /s/ Gregory G. Hollows
18                         GREGORY G. HOLLOWS
                           United States Magistrate Judge
19
   rivera124.ord
20
21
22
23
24
25
26
27
28

**2**