```
                                              FILED
BENJAMIN B. WAGNER                           JUL -7 2011
United States Attorney
DAVID STEVENS                          CLERK, U.S. DISTRICT COURT
Special Assistant U.S. Attorney        EASTERN DISTRICT OF CALIFORNIA
501 I Street, Suite 10-100             BY _____
Sacramento, California 95814                   DEPUTY CLERK
Telephone: (916) 554-2811
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cr-00124-GGH |
| ) | |
| Plaintiff, ) | PROBATION REVOCATION PETITION, |
| ) | NOTICE OF HEARING and |
| v. ) | [PROPOSED] ORDER |
| ) | |
| SANTIAGO RIVERA, ) | DATE: July 11, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Gregory G. Hollows |

On July 20, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Gregory G. Hollows:

    1.    The defendant shall serve a one-year term of court probation, subject to the following terms:

        a.    The defendant shall pay a $1000.00 fine and a special assessment in the amount of $25.00 for Count One of the Information, Possession of a Controlled Substance;

        b.    The defendant shall pay a lump sum of $1025.00 due immediately, balance due not later than three months from the date of

1

sentencing;

    c.   The defendant shall provide the government with a faxed copy of his prescription for Hydrocodone and provide the probation officer with a copy as well. The defendant's sentence to court probation is contingent upon him having a prescription for the medication at the time of arrest. If it is determined the defendant has lied to the court, the defendant shall be re-sentenced to supervised probation and he may also be subject to further punishment as well.

The United States alleges that the defendant has violated these conditions as follows:

    1.   The defendant has paid $200.00 of the $1025.00 fine for Count One.

The United States therefore petitions the Court to add this matter on its July 11, 2011, calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on July 20, 2010, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 7th, 2011        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

_____
DAVID STEVENS
Special Assistant U.S. Attorney

///

[~~PROPOSED~~] ORDER

It is Hereby Ordered that the defendant appear on July 11, 2011, at 9:00 a.m. to show cause why the probation granted on July 20, 2010, should not be revoked.

IT IS SO ORDERED.

Dated: July 7, 2011

GREGORY G. HOLLOWS
Hon. GREGORY G. HOLLOWS
United States Magistrate Judge